Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **E.O.S. Rentals LLC, a New Mexico Limited Liability Company** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0310516** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4008 N. Grimes Street #144** <br> **Hobbs, NM 88240** <br> Number, Street, City, State & ZIP Code | **726 East Michigan Suite 330** <br> **Hobbs, NM 88240** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lea** <br> County | **Location of principal assets, if different from principal place of business** <br> **1120 North West County Road-rear Hobbs, NM 88240** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **E.O.S. Rentals LLC, a New Mexico Limited Liability Company**
Name

Case number (*if known*)

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | E.O.S. Rentals LLC, a New Mexico Limited Liability Company | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?**   _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | E.O.S. Rentals LLC, a New Mexico Limited Liability Company | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 4, 2017**
MM / DD / YYYY

**X** **/s/ Gary L. Jones**      **Gary L. Jones**
Signature of authorized representative of debtor      Printed name

Title **Owner**

**18. Signature of attorney**

**X** **/s/ George Dave Giddens**      Date **August 4, 2017**
Signature of attorney for debtor      MM / DD / YYYY

**George Dave Giddens**
Printed name

**Giddens, Gatton & Jacobus, P.C.**
Firm name

**10400 Academy N.E. Suite 350**
**Albuquerque, NM 87111**
Number, Street, City, State & ZIP Code

Contact phone **(505)271-1053**      Email address **giddens@giddenslaw.com**

**941**
Bar number and State

Fill in this information to identify the case:

Debtor name: **E.O.S. Rentals LLC, a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ATM Rentals, LLC<br>1612 Millen Drive<br>Hobbs, NM 88240 | | Business Debt | | | | $29,700.00 |
| BR Ventures/<br>William Simon<br>PO Box 131719<br>Spring, TX 77393 | | Business Debt | | | | $299,148.53 |
| C&C Transposrt, LLC<br>PO Box 1352<br>Hobbs, NM 88241 | | Business Debt | | | | $62,696.61 |
| Citi Advantage<br>PO Box 6235<br>Sioux Falls, SD 57117 | | Business Debt | | | | $30,722.88 |
| Clearwater SWD, LLC<br>PO Box 1476<br>Lovington, NM 88260 | | Business Debt | | | | $55,173.48 |
| First American Bank<br>303 West Main Street<br>Artesia, NM 88210 | | | | $424,787.73 | $0.00 | $424,787.73 |
| Forrest tire Carlsbad<br>141 S canal<br>Carlsbad, NM 88220 | | Business Debt | | | | $44,421.32 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 941 tax | | | | $142,668.82 |
| Johnson & Miller | | | | | | $33,385.22 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | E.O.S. Rentals LLC, a New Mexico Limited Liability Company | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Johnson, Miller & Co.**<br>PO Drawer 220<br>Hobbs, NM 88241 | | **Business Debt** | | | | $33,385.22 |
| **Medley Material Handling**<br>2116 Vistra Oeste Bldg. 5<br>Albuquerque, NM 87120 | | **Business Debt** | | | | $48,651.87 |
| **New Mexico Dept of Workforce Solutions**<br>P.O. Box 2281<br>Albuquerque, NM 87103 | | **Business Debt** | | | | $47,726.68 |
| **Parts Plus Hobbs**<br>321 S. Turner<br>Hobbs, NM 88240 | | **Business Debt** | | | | $76,872.51 |
| **Pyote Water Solutions, LLC**<br>400 W. Illinois | | **Business Debt** | | | | $52,356.33 |
| **Ramsey SWD TX LLC**<br>PO Box 1479<br>Carlsbad, NM 88221 | | **Business Debt** | | | | $25,582.50 |
| **RBJ & Associates LP**<br>8501 N. FM 1788<br>Midland, TX 79707 | | **Business Debt** | | | | $40,133.00 |
| **Taxation & Revenue Department**<br>PO Box 8390<br>Santa Fe, NM 87504-8390 | | | | | | $219,352.52 |
| **Texas Franchise Tax**<br>PO Box 149348<br>Austin, TX 78714 | | | | | | $64,503.94 |
| **TSI Flow Products**<br>PO Box 38709<br>Houston, TX 77238 | | **Business Debt** | | | | $63,676.49 |
| **Universal Premium Fleet Card**<br>PO Box 923928<br>Norcross, GA 30010 | | **Business Debt** | | | | $48,042.01 |